IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDRE M. KELLY,

                              Plaintiff,

     v.

C/O A. PETERSON, C/O KE CASPERSES
and C/O COFFEE,

                              Defendants.

ORDER

13-cv-651-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

ANDRE M. KELLY,

                              Plaintiff,

     v.

S. VAN VORST and
NURSES ON 9-11-13, 3 TO 11 STAFF,

                              Defendants.

ORDER

13-cv-677-bbc

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In these two cases, pro se prisoner Andre M. Kelly is proceeding on claims that officials at the Dane County jail violated his constitutional rights by failing to provide appropriate medical care for his seizures. In both cases, defendants have filed motions for summary judgment on the ground that [;aomtoff failed to exhaust his administrative remedies. However, plaintiff has not responded to either of these motions. This may be

1

because plaintiff did not *receive* either motion. Since defendants filed their motions, plaintiff was transferred from the Dane County jail, first to the Dodge Correctional Institution and then to the Red Granite Correctional Institution. To avoid any potential unfairness, I am requesting that defendants serve their motions on plaintiff again at his new address.

ORDER

IT IS ORDERED that the motions for summary filed defendants Peterson, Casperses and Coffee, dkt. #35 (case no. 13-cv-651-bbc), and by defendant Van Vorst, dkt. #37 (case no. 13-cv-677-bbc), are DENIED WITHOUT PREJUDICE. Defendants may have until June 6, 2014 to refile and serve a renewed motion.

Entered this 22nd day of May, 2014.

BY THE COURT:

/s/

BARBARA B. CRABB
District Judge