IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ANDRE M. KELLY,

    Plaintiff,                                                              JUDGMENT IN A CIVIL CASE

v.                                                                                                    13-cv-651-bbc

C/O A. PETERSON #1586,
C/O KE CASPERSES and
C/O COFFEE,

    Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants C/O A. Peterson, C/O Ke Casperses and C/O Coffee granting their motion for summary judgment and dismissing this case without prejudice in accordance with Ford v. Johnson, 362 F.3d 395, 401 (7th Cir. 1004).

| /s/ | 8/21/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |